■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES A. SANATAR, JR., Appellant.— Appeal (1) from so much of an order of the County Court, Nassau County, as denied, after a hearing, appellant's application in the nature of a writ of error *coram nobis* to vacate a judgment of said court, rendered April 27, 1956, and (2) from each and every intermediate order therein made. The judgment sought to be vacated convicted appellant, on his plea of guilty, of rape in the first degree, sentenced him to serve from 10 to 20 years, and committed him to the Elmira Reception Center. Order insofar as appealed from unanimously affirmed. There was no fraud or misrepresentation by the court, the District Attorney or any officer of the State. Appeal from intermediate orders dismissed (Code Crim. Pro., § 517). Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ CIRO STELLATO, Plaintiff, v. FLAGLER PARK ESTATES, INC., et al., Defendants. FLAGLER PARK ESTATES, INC., Third-Party Plaintiff-Respondent, v. INDUSTRIAL ENGINEERING CO., INC., Third-Party Defendant-Appellant.— In a third-party action to recover under an indemnity agreement, the third-party defendant appeals from a judgment in favor of the third-party plaintiff entered after trial by the court without a jury. Appellant contends (1) that the agreement does not unequivocally express an intention to indemnify for the indemnitee's own negligence, and (2) that the damages were not those arising out of, or in consequence of, the performance of the contract. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. [11 Misc 2d 413.]

■ HERBERT D. STONE et al., Respondents, v. GEORGE ROSENBERG, Individually and as Successor Trustee and Executor of MAURICE ROSENBERG, Deceased, and as Cotrustee and Coexecutor of ARTHUR ROSENBERG, Deceased, et al., Appellants, et al., Defendants.— In an action to recover damages for breach of warranty and fraud, and to rescind the purchase of real property, the appeal is from an order denying appellants' motion for summary judgment dismissing the complaint (Rules Civ. Prac., rules 113, 114). Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.